UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAPOLA OBRERA,<br><br>        Defendant. | Case No. 24-cv-04666-JD<br><br>**ORDER TO SHOW CAUSE** |

On August 5, 2024, the Court denied plaintiff's application to proceed *in forma pauperis* for lack of sufficient detail. Dkt. No. 5. Plaintiff has since neither paid the filing fee nor renewed the application. On October 30, 2024, the Court vacated the initial case-management conference after plaintiff failed to timely file a case-management statement. Dkt. No. 6. Plaintiff has not taken any further action to prosecute the case. Plaintiff is directed to show cause in writing by March 3, 2025, why this case should not be dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: February 18, 2025

JAMES DONATO
United States District Judge